PHILLIP A. TALBERT
United States Attorney
MATTHEW P. DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 06, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREY NESHCHERET, <br><br> Defendant. | CASE NO. 2:22-cr-0203 JAM <br><br> ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Special Assistant United States Attorney Matthew P. De Moura to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: October 6, 2022

*Kendall J. Newman*
Kendall J. Newman, United States Magistrate Judge

KENDALL J. NEWMAN
United States Magistrate Judge