IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:22-cr-00203 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| ANDREY NESHCHERET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court appointed the Federal Defender to represent the defendant on February 17, 2023. The Federal Defender has determined the case should go to the panel. CJA Panel attorney Olaf Hedberg is hereby appointed effective February 22, 2023, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT***

**SUPPORTING APPOINTMENT.**

Dated:  February 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE