# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>v.<br><br>ANDREY NESHCHERET | Case Number:  2:22-cr-00203-JAM<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

     GOOD CAUSE APPEARING, it is hereby ordered that the November 14, 2023 status conference is hereby **CONTINUED** to **January 23, 2024, at 9:00 a.m**. The Court **FINDS** that the ends of justice warrant an exclusion of time and that the defendant' need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of this order to January 23, 2024. IT IS SO ORDERED.

| | |
|---|---|
| Dated: November 08, 2023 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |