1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 301
   Sacramento, California 95814
   (916) 447-1192 office
3  ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>V.<br><br>ANDREY NESHCHERET | Case Number: 2:22-cr-00203-JAM<br><br>**FIRST** STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date: August 5, 2025<br>Time: 9:00 am<br>Judge: Hon John A. Mendez |

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney Matthew DeMoura, and Defendant, Andrey Neshcheret, by and through his attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for August 5, 2025 at 9 a.m. to September 9, 2025 at 9 am, based on the following:

1. By previous order, the judgment and sentencing hearing was set for August 5, 2025.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Steven Davis and he agrees with this request.

3. The parties and Officer Davis concur that the following Schedule of Disclosure be adopted:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition: **09/02/2025.**

1  B. Motion for Correction of the Presentence Report Shall be filed with the Court and
2  served on the Probation Officer and opposing counsel no later than:     **08/26/2025.**
3  C. The Presentence Report shall be filed with the Court And disclosed to counsel no later
4  than:     **08/19/2025.**
5  D. Counsel's written objections to the Presentence Report Shall be delivered to the
6  probation officer and opposing Counsel no later than:     **08/12/2025.**
7  E. The (draft) Presentence Report shall disclosed no later than:     **07/29/2025.**

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg                                               /s/Matthew P. DeMoura
Olaf W. Hedberg                                                   Matthew P. DeMoura
Attorney for Andrey Neshcheret                                    Special Assistant US Attorney

# **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the August 5, 2025 sentencing hearing be **CONTINUED** to **September 09, 2025, at 09:00 a.m.**, and the following Schedule of Disclosure be **ADOPTED**:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition:   **09/02/2025**

B. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   **08/26/2025**

C. The Presentence Report shall be filed with the Court And disclosed to counsel no later than:   **08/19/2025**

D. Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than:   **08/12/2025**

E. The (draft) Presentence Report shall disclosed no later than:   **07/29/2025**

IT IS SO ORDERED.

Dated: May 27, 2025                                    /s/ John A. Mendez
                                                                 THE HONORABLE JOHN A. MENDEZ
                                                                 SENIOR UNITED STATES DISTRICT JUDGE