1 | ERIC GRANT
United States Attorney
2 | MATTHEW DE MOURA
Special Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00203-JAM |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | DATE: September 9, 2025 |
| ANDREY NESHCHERET, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and Defendant, Andrey Neshcheret, by and through her attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for September 9, 2025, at 9 a.m. to October 7, 2025, at 9 a.m., based on the following:

    a)    Additional time is needed for the Government to file its Sentencing Memorandum, any Statement of Non-Opposition, and additional filings that could impact the defendant's sentencing. These will be filed no later than September 24, 2205.

/ / /

/ / /

/ / /

/ / /

b) The parties have met and conferred on this continuance and understand the Government's request. The defense concurs in the Government's request.

IT IS SO STIPULATED.

Dated: September 4, 2025

ERIC GRANT
United States Attorney

/s/ MATTHEW DE MOURA
MATTHEW DE MOURA
Special Assistant United States Attorney

Dated: September 4, 2025

/s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
ANDREY NESHCHERET

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the September 09, 2025 sentencing hearing be **CONTINUED** to **October 07, 2025, at 09:00 a.m.**, and the following Schedule of Disclosure be **ADOPTED**:

a. Sentencing Memorandum & Reply or Statement of Non-Opposition:  **09/24/25**

b. Judgement and Sentencing:  **10/07/25**

IT IS SO ORDERED.

September 04, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE